NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ERIC T. SMALL,                            )
                                          )
       Appellant,                     )
                                          )
v.                                        )        Case No. 2D18-3085
                                          )
KENNETH F. GRZYBOWSKI and                 )
SUSAN T. GRZYBOWSKI,                      )
                                          )
       Appellees.                     )
_____)

Opinion filed November 1, 2019.

Appeal from the Circuit Court for
Sarasota County; Hunter W. Carroll, Judge.

James D. Gibson of Gibson, Kohl, Wolff &
Hric, P.L., Sarasota, for Appellant.

M. Lewis Hall, III, of Williams, Parker,
Harrison, Dietz & Getzen, PLLC, Sarasota,
for Appellees.


PER CURIAM.

       Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.